UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2023
```

JANE DOE,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.

                Defendants.

1:23-cv-0198 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      This case was assigned to me yesterday. Plaintiff, proceeding pro se, filed her Complaint [ECF No. 1] and a motion for a preliminary injunction [ECF No. 2] on January 8, 2023. Plaintiff filed an Amended Complaint on January 11, 2023. [ECF No. 3.]

      The Complaint was filed under the pseudonym Jane Doe. Federal Rule of Civil Procedure 10(a) states that a "complaint must name all the parties." Fed. R. Civ. P. 10(a); *see also Doe v. Weinstein*, 484 F. Supp. 3d 90, 93 (S.D.N.Y. 2020). Plaintiff did not seek leave to proceed under a pseudonym and her filings do not provide any basis for obtaining such relief. Accordingly, Plaintiff must submit a declaration on or before February 13, 2023, explaining why she should be permitted to proceed under a pseudonym.

      In the meantime, Plaintiff must serve the Complaint on all Defendants in accordance with the Federal Rules of Civil Procedure. Given these outstanding issues, and the fact that Plaintiff's filings do not suggest that her alleged harm cannot be adequately compensated by money damages, the Court DENIES Plaintiff's motion for a preliminary injunction without prejudice. *See JSG Trading Corp. v. Tray-Wrap, Inc.*, 917 F.2d 75, 79 (2d Cir. 1990); *Williams v. New York City Hous. Auth.*, No. 18CV5912JGKRWL, 2021 WL 1109842, at *25 (S.D.N.Y. Mar. 23, 2021).

The Clerk of Court is respectfully requested to terminate docket entry 2.

**SO ORDERED.**

Date: **January 13, 2023**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**