```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

NEW YORK CITY DEP'T OF EDUCATION; et al.,

                Defendants.

23-CV-198 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff brings this *pro se* employment discrimination action, for which the filing fees have been paid, asserting claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112-12117.

    The Clerk of Court is directed to issue summonses as to Defendants New York City Department of Education, Dr. Linda Chen, Kimberly Wittmer, Lucious Young, and Nora Lovett. Plaintiff is directed to serve the summonses and complaint on Defendants within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

Dated:   **January 13, 2023**
          **New York, New York**

*/s/ Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**