<u>Via Email:</u> temporary_pro_se_filing@nysd.uscourts.gov
Attention: **United States District Judge, Mary Kay Vyskocil**
United States District Court - Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York NY 10007

January 27, 2023

**Re: Docket # 23CV198** - **Jane Doe v. NYC Department of Education and Named Defendants**
(***AMENDED Complaint w/Pseudonym***)

Dear U.S. District Judge Mary Kay Vyskocil:

Please find attached proof of service made on Defendants, NYC Department of Education, Kim Wittmer, Norah Ann Lovett, and Dr. Linda Chen.  Also, included is a request I submitted to the Division of Human Rights withdrawing the case it was reviewing on my behalf because I would like to proceed with my Federal Court case.  Furthermore, I want to make sure that the defendants cannot assert this as a cause to have my case before you, dismissed, administratively.

Thankfully DHR contacted me today and explained this to me.  I am deeply grateful to them for educating me. I would be devastated if my case before your court was dismissed due to my ignorance of the law after having endured two years of unconscionable treatment that I painstakingly documented to substantiate my case before you now.

Thank you for accepting these documents and adding them to the record.

Sincerely,
Jane Doe



**KATHY HOCHUL**
Governor

**MARIA L. IMPERIAL**
Commissioner

January 27, 2023

Re: Judy S. Villeneuve-Dyce v. City of New York, Department of Education
Case No.    10219819

To the Parties Listed Below:

PLEASE BE ADVISED that the Division of Human Rights is contemplating dismissing the above-referenced complaint for administrative convenience for the following reason:

The Division has been advised that Complainant intends to pursue federal remedies in court, in which forum all issues concerning the question of the discrimination charged can be resolved.

Objections to such action may be submitted by any party within fifteen (15) days of the date of this letter, and will be considered prior to the Division determining whether to dismiss the matter.  **Please note: Requests for reasonable extensions of time that are shown to be necessary due to circumstances resulting from the COVID-19 pandemic will be granted.**

Any response should be addressed to the undersigned.

Very truly yours,

William LaMot
Regional Director

TO:

Complainant
Judy S. Villeneuve-Dyce
401 West 25th Street, 3F
New York, NY 10001

Respondent
New York City Department of Education
Office of the General Counsel
52 Chambers Street, Room 308
New York, NY 10007

<u>Respondent Attorney</u>
Ellen H. Kanner, Attorney
New York City Department of Education
Office of the General Counsel
52 Chambers Street, Room 308
New York, NY 10007