```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.

                Defendants.

1:23-cv-198 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter dated February 9, 2023 from the *pro se* Plaintiff. [ECF No. 17.] Among other things, Plaintiff requests that the Court "amend[]" its Order granting Defendants an extension of time to respond to the Complaint. [*See* ECF Nos. 12, 16, 17.] That request is DENIED. This Court has "inherent authority to manage [its] dockets . . . with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016). Moreover, the *pro se* Plaintiff is reminded of her obligation to avoid "frivolous or vexatious filings." *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 477 (2d Cir. 2006) (citation omitted).

    The Court is also in receipt of Plaintiff's motion for leave to proceed under a pseudonym and amended motion for leave to proceed under a pseudonym. [*See* ECF Nos. 18, 20.] The Court will consider these motions in due course.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at her address of record.

**SO ORDERED.**

Date: February 23, 2023
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1