**23CV198 Pro Se Filing: Jane Doe (A Pseudonym) v. NYC Department of Education**

Dear U.S. District Judge Mary Kay Vyskocil:

Please find attached a Motion for Entry of Default Judgement against Defendants NYC Department of Education, Dr. Linda Chen, Kimberly Wittmer, Lucius Young, and Norah Lovett, each of whom have failed to provide an answer by your honor's April 7, 2023, deadline, despite your graciously providing Defendants with an additional 60-day extension.  Attached, please also find the case transcript printed today April 8, 2023, dated the same in the receipt section at the end of the document, which duly corroborates that the Defendants have neither filed an answer to the complaint nor requested for another extension with the court on or before April 7, 2023, deadline.  Both the date of the court deadline and today's date of the transcript are highlighted in yellow on the court transcript for easy identification.

Thank you for accepting the notarized Motion for Entry of Default Judgement (one copy signed for the court and another copy with redacted signature for inclusion in the case file), and the Court Transcript printed today

Thank you in advance, your honor, for finding in favor of Plaintiff's request for Default Judgement against all Defendants in this case.

Sincerely,

Jane Doe