USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 25 2023

United States District Court for the District of the Southern District of New York (Foley Square)

File Number **1:23-CV-00198-MKV**

| | | |
|---|---|---|
| Jane Doe | ) | |
|     *Plaintiff,* | ) | |
| v. | ) | **Notice of Appeal** |
| | ) | |
| NYC Department of Education, Dr. Linda Chen | ) | |
| Kimberly Wittmer, Norah Ann Lovett and | ) | |
| Lucius Young | ) | |
| | ) | |
|     *Defendant*. | ) | |

Notice is hereby given that Jane Doe (appellant) in the above-named case, hereby appeals to the United States Court of Appeals for the Circuit from order(s) **I. Denying Plaintiff's use of a Pseudonym; II. Denying Plaintiff's Motion for Default Judgement; III. Denying Plaintiff's Motion of Defendants Violation of the Federal Rules of Civil Procedure Rule 5; and** from a **request by the Judge directing the Clerk of the Court to terminate docket entries 18, 20, 24, 27 and 33** entered in this action on the **15th** day of **August 2023**.

/s/ _
Pro Se Appellant, Jane Doe
Email Address: Jwv2019@protonmail.com
Date: August 25, 2023