```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                      Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION (NYC DOE), *et al.*,

                      Defendants.

1:23-cv-00198 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

        On August 15, 2023, the Court denied Plaintiff's motion to proceed under a pseudonym and for default judgment. [ECF No. 53]. Plaintiff appealed the Court's Order to the Second Circuit. [ECF No. 54]. On November 15, 2023, the Second Circuit dismissed Plaintiff's appeal. *See Doe v. New York City Dept. of Ed.*, No. 23-1210, ECF No. 59 (2d Cir. Nov. 15, 2023). In addition to noting that it lacked jurisdiction because the portion of the Court's Order that denied Plaintiff's motion for entry of default judgment was nonfinal, the Second Circuit stated that Plaintiff's appeal was "frivolous because [her] motion to proceed under a pseudonym lacks an arguable basis either in law or in fact." *Id.* (internal quotation marks omitted).

        Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file an amended complaint in her own true, legal name, within fourteen days of the date of this Order, by December 4, 2023. The Clerk of Court is requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Date: November 20, 2023
New York, NY

                                                                */s/ Mary Kay Vyskocil*
                                                **MARY KAY VYSKOCIL**
                                                United States District Judge