UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH WILLIAMS,

                     Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION (NYC DOE), *et al.*,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2024

1:23-cv-00198 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On November 20, 2023, following the Second Circuit's dismissal of Plaintiff's appeal of the Court's denial of her request to proceed pseudonymously, the Court ordered Plaintiff to "file an amended complaint in her own true, legal name." [ECF No. 60] ("Order"). On December 4, 2023, Plaintiff filed the Third Amended Complaint ("TAC") under the name of "Judith Williams." [ECF No. 62]. In the TAC, Plaintiff states that the TAC was filed "under her maiden name." TAC ¶ 277.

Plaintiff's maiden name is not her "*legal* name." Order (emphasis added). Accordingly, Plaintiff is in violation of the Court's Order. IT IS HEREBY ORDERED that Plaintiff shall file a further amended complaint in her **_current legal name_** by January 25, 2024. IT IS FURTHER ORDERED that Plaintiff shall file, by the same date, a notice of appearance in her legal name, including her mailing address. IT IS FURTHER ORDERED that all future filings by Plaintiff in this matter shall include Plaintiff's legal name and her address, e-mail address, and telephone number, as required by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record . . . or by a party personally if the party is unrepresented. The paper must state the signer's address, e-

2

mail address, and telephone number."). **FAILURE TO COMPLY WITH THE COURT'S ORDERS MAY RESULT IN DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE.**

The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff at the address of record.


**SO ORDERED.**

**Date:  January 11, 2024**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**