USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUDY WILLIAMS )
            Plaintiff(s) )   **NOTICE OF VOLUNTARY**
v. ) **DISMISSAL PURSUANT TO**
  ) **F.R.C.P. 41(a)(1)(A)(i)**
  )
NYC DEPARTMENT OF EDUCATION, ) Case No.: 23 CV 198
DR. LINDA CHEN, KIMBERLY WITTMER, )
NORAH ANN LOVETT, LUCIUS YOUNG )
  )
            Defendant(s) )

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) _JUDY WILLIAMS_, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) _NYC DEPARTMENT OF EDUCATION, DR. LINDA CHEN, KIMBERLY WITTMER, NORAH ANN LOVETT, LUCIUS YOUNG_.

Date: January 13, 2024

_[signature]_
*Signature of plaintiffs*

401 West 25th Street #3F
*Address*

New York, NY, 10001
*City, State & Zip Code*

**Granted. SO ORDERED.**

Date: 1/17/2024
New York, New York

_[signature]_
Mary Kay Vyskocil
United States District Judge